UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| JERRY AND JAYLENE CAPPS, in their individual capacities and as Personal Representatives of the Estate of Christopher Capps,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID OLSON, in his individual capacity, and PENNINGTON COUNTY, a political subdivision of the State of South Dakota,<br><br>Defendants. | Case No. 12-5025<br><br><br><br>**STIPULATION FOR DISMISSAL** |

It is hereby stipulated and agreed by and between the plaintiffs, Jerry and Jaylene Capps, in their individual capacities and as Personal Representatives of the Estate of Christopher Capps, and the defendants, David Olson, in his individual capacity and Pennington County, a political subdivision of the State of South Dakota, by their attorneys, plaintiffs' Complaint may be dismissed on its merits, with prejudice, and without costs or further notice to either party.

Dated January 28, 2016.

BANGS MCCULLEN BUTLER FOYE &
   SIMMONS LLP

By: _____
   Sarah E. Baron Houy
   Eric Pickar
   P.O. Box 2670
   Rapid City, SD  57709-2670
   (605) 343-1040
   sbaronhouy@bangsmccullen.com
   epickar@bangsmccullen.com

*Attorneys for plaintiffs*

Dated 2/1/16, 2016.

GUNDERSON, PALMER, NELSON
   & ASHMORE, LLP

By: _____
   Jeffrey R. Connolly
   J. Crisman Palmer
   P.O. Box 8045
   Rapid City, SD  57709
   (605) 342-1078
   jconnolly@gpnalaw.com
   cpalmer@gpnalaw.com

*Attorneys for defendants*