UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| JERRY AND JAYLENE CAPPS, in their individual capacities and as Personal Representatives of the Estate of Christopher Capps,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID OLSON, in his individual capacity, and PENNINGTON COUNTY, a political subdivision of the State of South Dakota,<br><br>Defendants. | Case No. 12-5025<br><br><br><br><br><br><br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation for Dismissal, it is hereby,

ORDERED, ADJUDGED, AND DECREED that the captioned action including plaintiffs' Complaint may be dismissed on its merits, with prejudice, and without further notice or costs to any party.

Dated this ____ day of _____, 2016.

BY THE COURT:

_____
Honorable Jeffrey L. Viken
U.S. District Judge