UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| JERRY and JAYLENE CAPPS, in their individual capacities as Personal Representatives of the Estate of Christopher Capps,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID OLSON, in his individual capacity, and PENNINGTON COUNTY, a political subdivision of the State of South Dakota,<br><br>Defendants. | CIV. 12-5025-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' stipulation for dismissal (Docket 53), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed on its merits with prejudice and without costs or further notice any party.

Dated February 2, 2016.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE